IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MONTREL HAMMOND                                                                          PLAINTIFF

v.                                          4:18cv00731-BRW-JJV

DOC HOLLADAY, Sheriff, Pulaski
County Regional Detention Facility; *et al.*                                             DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.       Why the record made before the Magistrate Judge is inadequate.

2.       Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Montrel Hammond ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 2), and an Application to Proceed Without Prepayment of Fees and Affidavit ("Application") (Doc. No. 1). On October 5, 2018, I denied Plaintiff's Application because it did not include a Calculation of Initial Payment of Filing Fee sheet, prepared and signed by an authorized official of the detention center, or a certified copy of his trust fund account statement. (Doc. No. 3.) On that same date, I ordered Plaintiff to submit either the statutory filing fee of $400.00[1] or a properly completed Application, with the required calculation sheet, within thirty (30) days; Plaintiff was warned that if he did not do one or the other, this case could be dismissed without prejudice. (*Id*.) On November 5, 2018, Plaintiff filed a Response alleging he asked officers at the Pulaski County Detention Facility for assistance getting his forms filled out, but with no result; he claimed that he could not comply with the Court's October 5, 2018 Order because he could not get assistance completing his forms. (Doc No. 4.) I gave Plaintiff until December 10, 2018 to file his completed Application with calculation sheet. (Doc. No 5.) At the same time,

---

[1] Effective May 1, 2013, the cost for filing a new civil case is $400. The increase is due to a new $50 administrative fee, which does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.

I also sought assistance with this matter from the Jail Administrator. (*Id.*) The December 10, 2018 deadline, however, has passed and Plaintiff has not complied with or otherwise responded to my November 9, 2018 Order.

Accordingly, Plaintiff's Complaint should be dismissed without prejudice. To proceed with this case, Plaintiff may file either an Application to Proceed Without Prepayment of Fees and Affidavit or the filing fee with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 12th day of December 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE