**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MONTREL HAMMOND**                                                        **PLAINTIFF**

**VS.**                                   **4:18-CV-00731-BRW**

**DOC HOLLADAY, Sheriff, Pulaski
County Regional Detention Facility;** *et al.*                    **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful

consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all

respects.

Accordingly, Plaintiff's complaint (Doc. No. 2) is dismissed without prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any

Order adopting these recommendations and the accompanying Judgment would not be taken in

good faith.

IT IS SO ORDERED this 27th day of December, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE