IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MONTREL HAMMOND**                                                **PLAINTIFF**

VS.                        4:18-CV-00731-BRW

**DOC HOLLADAY, Sheriff, Pulaski
County Regional Detention Facility;** *et al.*                       **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of December, 2018.

                                                       /s/ Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE